# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:17-cr-140 |
| | ) | |
| v. | ) | District Judge Curtis L. Collier |
| | ) | |
| MITCHELL EUGENE BIVENS | ) | Magistrate Judge Christopher H. Steger |

## O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 211) recommending that the Court: (1) grant Defendant's motion to withdraw his not-guilty plea to a lesser-included offense of Count One of the sixteen-count Superseding Indictment; (2) accept Defendant's guilty plea to a lesser-included offense of Count One of the sixteen-count Superseding Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine (actual) and fifty grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(B) and 846; and (4) order that Defendant remain in custody until further order of this Court or sentencing in this matter. Neither party filed a timely objection to the report and recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 211) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not-guilty plea as to a lesser-included offense of Count One of the sixteen-count Superseding Indictment is **GRANTED**;

2. Defendant's plea of guilty to a lesser-included offense of Count One of the sixteen-count Superseding Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with intent to distribute five grams or more of methamphetamine (actual) and fifty grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of 21 U.S.C. §§ 841(b)(1)(B) and 846;

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter which is scheduled to take place on **May 8, 2019, at 2:00 p.m.** before the undersigned.

**SO ORDERED.**

**ENTER:**

                                              **/s/**
                                              **CURTIS L. COLLIER**
                                              **UNITED STATES DISTRICT JUDGE**